Ct. Crim. App. Tex.;
Sup. Ct. Ind.;
Sup. Ct. Ala.;
Ct. Crim. App. Tex.;
Sup. Ct. Mo.;
Ct. Crim. App. Ala.;
C. A. 11th Cir.;
Sup. Ct. Mo.;
C. A. 5th Cir.; and
Ct. Crim. App. Ala. Certiorari denied. Reported below: No. 87-7191, 742 S. W. 2d 371; No. 88-7465, 535 N. E. 2d 507; No. 89-219, 545 So. 2d 122; No. 89-5083, 773 S. W. 2d 525; No. 89-5110, 766 S. W. 2d 640; No. 89-5193, 545 So. 2d 214; No. 89-5245, 875 F. 2d 1520; No. 89-5256, 769 S. W. 2d 427; No. 89-5442, 873 F. 2d 757; No. 89-5496, 548 So. 2d 1062.